1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
9                                         AT TACOMA

10    WILLIAM DAY,

11                          Plaintiff,              CASE NO. 3:16-CV-05923 JLR-JRC

12          v.                                      REPORT AND RECOMMENDATION
                                                    ON STIPULATED MOTION FOR
13    NANCY A. BERRYHILL, Acting                    REMAND
      Commissioner of the Social Security
14    Administration,

15                          Defendant.

16

17          This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

18    U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*

19    *Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on

20    defendant's stipulated motion to remand the matter to the administration for further

21    consideration. Dkt. 15.

22

23

24

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner.

Based on the stipulation between the parties, this Court recommends that it be ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including a *de novo* hearing, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall offer plaintiff an opportunity for a new hearing and issue a new decision. The ALJ will:

1. Reevaluate the medical evidence as a whole, specifically the opinion of PA Richard Endens;

2. Reassess plaintiff's residual functional capacity and provide rationale for the assessed limitations, and;

3. Obtain supplemental vocational expert evidence at steps four and five that complies with Social Security Ruling 00-4p.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, following proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 5th day of April, 2017.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2