UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILLIAM DAY, | Civil No. 3:16-CV-05923-JLR-JRC |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing and issue a new decision. The ALJ will:

On remand, the administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing and issue a new decision. The ALJ will:

1. Reevaluate the medical evidence as a whole, specifically the opinion of PA Richard Endens;
2. Reassess Plaintiff's residual functional capacity and provide rationale for the assessed limitations, and;
3. Obtain supplemental vocational expert evidence at steps four and five that complies with Social Security Ruling 00-4p.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 6th day of April 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (866) 495-0039 x 35143
Fax: (206) 615-2531
jamala.edwards@ssa.gov